IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH DRAGOS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | : : : : | CIVIL ACTION |
| | : | CLASS ACTION |
| Plaintiffs | : : | 12-cv-00155 TJS |
| v. | : : | BREACH OF CONTRACT |
| CHASE HOME FINANCE, LLC, | : : | 15 U.S.C. § 1692a, *ET SEQ.* |

## NOTICE TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Kindly mark the captioned matter as "DISMISSED, WITHOUT PREJUDICE" pursuant to *Federal Rule of Civil Procedure* ("Fed. R. Civ. P.") 41(a)(1). No adverse party has filed or served an answer or a motion for summary judgment.

Respectfully submitted:

/s/ Stuart A. Eisenberg
Stuart A. Eisenberg, Esquire
McCullough Eisenberg, LLC
65 West Street Road, A-105
Warminster, PA 18974
Tel. (215) 957-6411
Fax. (215) 957-9140
mlawoffice@aol.com

April 11, 2012          Attorney for Plaintiffs